***EMERGENCY MOTION***

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEADRIA FARMER-PAELLMANN and RESTITUTION STUDY GROUP, on behalf of themselves and all others similarly situtated,<br><br>Plaintiffs,<br><br>v.<br><br>SMITHSONIAN INSTITUTION,<br><br>Defendant. | **EMERGENCY MOTION**<br><br>Civil Action No.  1:22-cv-3048<br>ORAL ARGUMENT REQUESTED |

**PLAINTIFFS' EMERGENCY MOTION FOR EMERGENCY TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

Pursuant to Fed. R. Civ. P. 65 and LCvR 65.1, Plaintiffs, by and through undersigned counsel, hereby move the Court for a Temporary Restraining Order and Preliminary Injunction enjoining Defendant, the Smithsonian Institution, a trust instrumentality of the United States, from deaccessioning and transferring from its collection certain works of art known as the "Benin Bronzes," which Defendant is planning to formally transfer to Nigeria's National Commission for Museums and Monuments in a private ceremony on October 11, 2022. Plaintiffs have exhausted any other administrative remedies available to them through the Smithsonian Institution's administrative process.

An emergency hearing is essential in order for the Court to consider and rule on the requested injunctive relief and Plaintiffs request an order to be issued to Defendant forbidding the transfer of the Benin Bronzes on October 11 and until such time as the Court has ruled on the merits of this case.

***EMERGENCY MOTION***

**\*\*\*EMERGENCY MOTION\*\*\***

In support of this motion, Plaintiffs rely upon the attached memorandum of points and authorities. A proposed order is attached. Oral argument is respectfully requested.

Dated: October 7, 2022               /s/ *Adriaen M. Morse Jr.*
                                     Adriaen M. Morse (D.C. Bar No. 483347)
                                     Cory Kirchert (D.C. Bar No. Pending)
                                     Lionel André (D.C. Bar No. 422534)
                                     SECIL LAW PLLC
                                     1701 Pennsylvania Avenue, NW, Suite 200
                                     Washington, D.C. 20006
                                     Tel:  202.417.8232
                                     amorse@secillaw.com

                                     Counsel *for Plaintifs*

**\*\*\*EMERGENCY MOTION\*\*\***