UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEADRIA FARMER-PAELLMANN<br><br>and<br><br>RESTITUTION STUDY GROUP, INC.,<br><br>on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SMITHSONIAN INSTITUTION,<br><br>Defendant. | Civil Case No. 1:22-cv-3048 |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Emergency Motion for a Temporary Restraining Order and Preliminary Injunction, the parties' briefing, oral argument, the relevant legal authorities, and the record of this case as a whole:

The Court finds that Plaintiffs have demonstrated a need for preliminary injunctive relief in this case as Plaintiffs have shown that they have a likelihood of success on the merits of their claims, a likelihood of irreparable injury in the absence of injunctive relief, the balance of equities favors Plaintiffs, and an injunction would be in the public interest.

Given these considerations, the Court finds that injunctive relief is warranted in this case. It is, therefore,

ORDERED that Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction is GRANTED. Defendants and their officers, agents, servants, employees, and

attorneys, as well as any other persons who are in active concert or participation with the foregoing, are ENJOINED from disposing of any of the Benin Bronzes in the possession of the National Museum of African Art or the Smithsonian Institution until an ultimate resolution of this matter.

Date: _____

_____
United States District Judge