## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2022, I filed a copy of Plaintiff's Motion for Emergency Temporary Restraining Order and Preliminary Injunction ("Motion") and Memorandum of Points and Authorities in Support of Plaintiff's Motion for Emergency Temporary Restraining Order and Preliminary Injunction with accompanying exhibits ("Memorandum"), and a Proposed Order with the Court via ECF. I also certify that on October 7, 2022, I separately served copies of Plaintiff's Complaint, Summons, Motion, Memorandum, and Proposed Order as follows:

Smithsonian Institution
Office of General Counsel
1000 Jefferson Dr., SW, Room 302
Washington, DC 20560
(Paper copies via hand delivery)

Katherine A. Bartell, Esq.
Associate General Counsel
Smithsonian Institution
1000 Jefferson Drive, SW, #302
Washington, DC 20560-0012
(Electronic copies via email to BartellK@si.edu)

                                              /s/ *Adriaen M. Morse Jr.*
                                              Adriaen M. Morse Jr.