UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEADRIA FARMER-PAELLMANN and RESTITUTION STUDY GROUP, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>      v.<br><br>SMITHSONIAN INSTITUTION,<br><br>        Defendant. | CIVIL ACTION NO.: 22-cv-03048 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Deadria Farmer-Paellmann and Restitution Study Group, on behalf of themselves and all others similarly situated.

October 7, 2022,        Respectfully submitted,

                                      By: **/s/ *Lionel André***
                                           Lionel André
                                           SECIL Law, PLLC
                                           DC Bar No. 422534
                                           1701 Pennsylvania Avenue, NW, Suite 200
                                           Washington, DC 20006
                                           landre@secillaw.com
                                           Telephone: 703.304.6529
                                           *Counsel for Plaintiffs Deadria Farmer-Paellmann and Restitution Study Group, Inc.*

## CERTIFICATE OF SERVICE

The undersigned herby certifies that he has this day served opposing counsel with the foregoing document by filing the same with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record

This 7th day of October 2022.

/s/ *Lionel André*
Lionel André