UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEADRIA FARMER-PAELLMANN, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>SMITHSONIAN INSTITUTION,<br><br>*Defendant*. | Civil Action No. 22-3048 (UNA) |

## NOTICE OF APPEARANCE

Defendant requests that the Clerk of the Court please enter the appearance of Assistant United States Attorney Douglas C. Dreier as counsel for Defendant in the above-captioned case.

Dated:  October 7, 2022          Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar No. 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:     /s/ *Douglas C. Dreier*
DOUGLAS C. DREIER, D.C. Bar No. 1020234
Assistant United States Attorney – Civil Division
U.S. Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, D.C.  20530
(202) 252-2551
douglas.dreier@usdoj.gov

*Counsel for Defendant*