UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**DEADRIA FARMER-PAELLMANN**, *et al.*,

Plaintiffs,

v.

**SMITHSONIAN INSTITUTION**,

Defendant.

Case No. 22-cv-3048 (CRC)

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that [7] Defendant's Motion to Dismiss is GRANTED.

This is a final appealable Order.

**SO ORDERED**.

CHRISTOPHER R. COOPER
United States District Judge

Date: July 5, 2023