UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DEADRIA FARMER-PAELLMANN** and **RESTITUTION STUDY GROUP,** on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**SMITHSONIAN INSTITUTION,**<br><br>Defendant. | Civil Action No.: 22-cv-03048 |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs, Deadria Farmer-Paellmann and Restitution Study Group, Inc., hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Order of this Court granting Defendant's Motion to Dismiss (ECF 15 & 16), entered on July 5, 2023.

Dated: August 30, 2023

Respectfully submitted,

/s/ *Adriaen M. Morse Jr.*
Adriaen M. Morse Jr. (DC Bar No. 483347)
Cory Kirchert (D.C. Bar No. 90002687)
Lionel André (D.C. Bar No. 422534)
SECIL LAW PLLC
1701 Pennsylvania Avenue, NW, Suite 200
Washington, D.C. 20006
Tel: 202.417.8232
amorse@secillaw.com

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2023, a true and correct copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system., which will cause the document to be sent to all counsel of record registered to receive electronic service by operation of the Court's electronic filing system.

                                                /s/ *Adriaen M. Morse Jr.*
                                                Adriaen M. Morse Jr.